IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:11CR249
                              )
      v.                      )
                              )
HOLLIE DEVERS,                )        ORDER
                              )
            Defendant.        )
_____)
```

      This matter is before the Court on a final disposition hearing on the petition for warrant or summons for offender under supervision (Filing No. 48).  Defendant was present and represented by Richard H. McWilliams, Assistant Public Defender.  Plaintiff was represented by Thomas J. Kangior, Assistant United States Attorney.

      Defendant admitted Allegation 3 of the petition, and the Court found defendant to be in violation of the conditions of his supervised release.  The government's motion to dismiss Allegations 1, 2 and 4 will be granted.  Accordingly,

      IT IS ORDERED:

      1) The hearing on the petition is continued to:

      **Tuesday, January 20, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

2) Allegations 1, 2 and 4 of the petition are dismissed.

DATED this 27th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court