IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR249 |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLIE DEVERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

On December 11, 2014, the defendant appeared through counsel on an Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 62).  Defendant was present and represented by Richard H. McWilliams.  Plaintiff was represented by Thomas J. Kangior, Assistant United States Attorney.   The defendant admitted allegation number 1 contained within the amended Petition is true, and the Court found the defendant to be in violation of conditions of his supervised release.  The plaintiff moved to dismiss allegation number 2.  The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 15 months.

2) Defendant shall receive credit for time served from September 11, 2014, to October 23, 2014, and from November 13, 2014, through the present.

3) Allegation  number  2 of the amended petition is dismissed.

4)  That upon completion of the defendant's incarceration, he will not be placed on supervised release and any obligations he owes with respect to this case will be concluded.

DATE this 11th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20\_\_.


_____

Signature of Defendant


## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20\_\_ to _____, with a certified copy of this judgment.


UNITED STATES WARDEN


By: _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**


## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20\_\_\_\_.


UNITED STATES WARDEN


By: _____